**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Rodney BELL, also known as Black, Defendant–Appellant.**

No. 14–11325
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 15, 2015.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Dimitri Dubé, Esq., Dallas, TX, for Defendant–Appellant.

Rodney Bell, Fort Dix, NJ, pro se.

Before JONES, SOUTHWICK, and COSTA, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: *

The attorney appointed to represent Rodney Bell has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Bell has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Bell's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.